B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of Wyoming

IN RE:                                                    Case No. _____

Wyoming Ethanol, LLC ................................    Chapter 11 _____

                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 9 | $ 423,176 | | |
| B - Personal Property | Yes | 18 | $ 35,140,804 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $30,761,739 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $1,039,822 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 48 | $ 35,563,980 | $ 31,801,561 | |

B6A (Official Form 6A) (12/07)

In re Wyoming Ethanol, A Limited Liability Company,          Case No.  08-20345
          Debtor                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Land at 4739 State Highway 156, Torrington, Wyoming 82240 | Fee simple | | 423,176.00 | 423,176.00 |
| | | Total ▶ | 423,176.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re Wyoming Ethanol, A Limited Liability Company,    Case No. 08-20345
_____
Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | As of 06/19/2008 balance sheet: Checking account no. 832000327 Payroll account no. 832000418 Imprest account no. 832000426 | | 1,206,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others | | As of June 19, 2008. | | 175,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel | X | | | |
| 7. Furs and jewelry | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) - Cont

In re Wyoming Ethanol, A Limited Liability Company,        Case No.    08-20345
                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 16. Accounts receivable | | As of June 19, 2008. | | 2,585,685.86 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars | | Tax credits owed to Debtor from Wyoming Department of Transportation | | 1,069,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont

In re Wyoming Ethanol, A Limited Liability Company,     Case No. ___08-20345_____
                Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached Exhibit B.25. | | 55,646.97 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Exhibit B.28. | | 91,711.65 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Exhibit B.29. | | 22,896,506.57 |
| 30. Inventory. | | As of June 19, 2008--see attached Ex. B.30. | | 4,237,063.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | See attached Exhibit B.35. | | 2,242,679.99 |

_____ continuation sheets attached   Total▶ | $ | 35,140,804.04

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

# WYE'S SCHEDULE B--EXHIBIT B.25: Automobiles, trucks, trailers, and other veh

| Type of Property | Description of Property | Location of Property | BOOK VALUE |
|---|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and accessories | 1991 IHC Truck | Torrington, WY | $46,443.64 |
| | Plant Truck | Torrington, WY | $9,203.33 |
| | | Total= | $55,646.97 |

## WYE'S SCHEDULE B--EXHIBIT B.28: Office equipment, furnishings, and supplies

| Type of Property | Description of Property | Location of Property | BOOK VALUE |
|---|---|---|---|
| Office equipment, furnishings, and supplies | Computer equipment | Boise, ID and Torrington, WY | **$49,955.06** |
| | General office equipment and supplies | Boise, ID and Torrington, WY | **$21,444.61** |
| | Office furniture | Boise, ID and Torrington, WY | **$20,311.98** |
| | | TOTAL= | **$91,711.65** |

# WYE'S SCHEDULE B--EXHIBIT B.29: Machinery, fixtures, equipment, and supplies used in busi

| Type of Property | Description of Property | Location of Property | BOOK VALUE |
|---|---|---|---|
| Machinery, fixtures, equipment, and supplies used in business | Equipment and supplies used in the course of terminal construction | El Paso, CO Terminal | $106,404.44 |
| | General Plant Equipment | Torrington, WY | $4,749,302.84 |
| | Grain Equipment | Torrington, WY | $534,553.09 |
| | Lab Equipment | Torrington, WY | $122,396.80 |
| | Torrington Plant Expansion Equipment | Torrington, WY | $15,153,286.48 |
| | Plant Security and Safety Equipment | Torrington, WY | $752,804.35 |
| | Tank equipment | Torrington, WY | $510,899.56 |
| | Tank Rental Equipment | Spokane, WA; Boise, ID; Torrington, WY | $486,319.37 |
| | Terminal equipment | Idaho, Wyoming, Washington, and South Dakota | $24,578.95 |
| | | TOTAL= | $22,896,506.57 |

## WYE'S SCHEDULE B--EXHIBIT B.30: Inventory

| Type of Property | Description of Property | Location of Property | BOOK VALUE |
|---|---|---|---|
| Inventory | Inventory -- Raw materials (Corn) | Torrington, WY | $2,366,000 |
| | Inventory -- Raw materials (Chemicals) | Torrington, WY | $50,659.00 |
| | Inventory -- Raw Materials (Denaturant) | Torrington, WY | $38,503.00 |
| | Inventory -- Finished Goods (Ethanol) | Torrington, WY | $1,773,218.00 |
| | Inventory -- Finished Goods (Low Proof) | Torrington, WY | $958.00 |
| | Inventory -- Finished Goods (Byproduct Syrup) | Torrington, WY | $3,000.00 |
| | Inventory -- Finished Goods (Byproduct Stillage) | Torrington, WY | $4,725.00 |
| | | TOTAL= | $4,237,063 |

# WYE'S SCHEDULE B--EXHIBIT B.35: Other personal property of any kind not already listed

| Type of Property | Description of Property | Location of Property | BOOK VALUE |
|---|---|---|---|
| Other personal property of any kind not already listed | Grain structures | Torrington, WY | $725,017.15 |
| | Structures used in Torrington Plant Expansion Project | Torrington, WY | $11,574.53 |
| | Maintenance structures | Torrington, WY | $1,506,088.31 |
| | | TOTAL= | $2,242,679.99 |

B6C (Official Form 6C) (12/07)

IN RE Wyoming Ethanol, LLC
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U S C § 522(b)(2)
☐ 11 U S C § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Not Applicable | | | |

B6D (Official Form 6D) (12/07)

IN RE Wyoming Ethanol, LLC                                                    Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Standard Bank Plc<br>Canon Bridge House<br>25 Dowgate Hill<br>London, England,    EC4R2SB** | X | | **Claim is based on a certain Credit Agreement entered into by Wyoming Ethanol, A Limited Liability Company, Renova Energy, Inc., and Renova Energy (ID) LLC on June 28, 2007.**<br><br>VALUE $ | | | | 30,761,739.19 | Undetermined |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

|  |  |  |
|---|---|---|
| 0 continuation sheets attached | Subtotal<br>(Total of this page) | $  30,761,739.19  $ |
| | Total<br>(Use only on last page) | $  30,761,739.19  $ |
| | | (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

IN RE Wyoming Ethanol, LLC                                      Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority unsecured claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Wyoming Ethanol, LLC                                    Case No. 08-20345
                     Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE * | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Advancing Technology, Inc. 1914 Broadway Scottsbluff, NE 69361 | | | | | | | 537.27 |
| ACCOUNT NO. All American Publishing PO Box 8867 Boise, ID 83707-2867 | | | | | | | 150.00 |
| ACCOUNT NO. Allstate Insurance Company P.O. Box 660262 Dallas, TX 75266-0262 | | | | | | | 1,453.52 |
| ACCOUNT NO. Alpha Properties 913 S. Latah Boise, ID 83705 | | | | | | | 450.00 |

**10** continuation sheets attached

| | Subtotal (Total of this page) | $ 2,590.79 |
|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

*These amounts are cumulative and incurred in the ordinary course of business.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anheuser-Busch, Inc.<br>P.O. Box 500736<br>St. Louis, MO 63150-0736 | | | | | | | 7,040.00 |
| ACCOUNT NO.<br>Applied Industrial Technologies<br>22510 Network Place<br>Chicago, IL 60673-1225 | | | | | | | 205.14 |
| ACCOUNT NO.<br>AT&T<br>P.O. Box 78522<br>Phoenix, AZ 85062-8522 | | | | | | | 212.59 |
| ACCOUNT NO.<br>B & C Steel Corp.<br>P.O. Box 1099<br>Scottsbluff, NE 69363-1099 | | | | | | | 32.77 |
| ACCOUNT NO.<br>Baggett, John<br>20 River Rock Road<br>Sheridan, WY 82801 | | | | | | | 700.00 |
| ACCOUNT NO.<br>Bank Of The West<br>PO Box 4122<br>Concord, CA 94524 | | | | | | | 18,950.50 |
| ACCOUNT NO.<br>Barnes Distribution<br>Dept. CH 13079<br>Palatine, IL 60055-4079 | | | | | | | 54.27 |

Sheet no. __1__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,195.27

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Case 08-20345    Doc 91    Filed 07/07/08    Entered 07/07/08 18:00:56    Desc Main
Document    Page 16 of 32    Case No. 08-20345

IN RE Wyoming Ethanol, LLC

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Big Red Transports <br> 2370 Chateau Way <br> Gering, NE  69341 | | | | | | | 794.80 |
| ACCOUNT NO. <br> Brenntag Pacific, Inc. <br> File # 2674 <br> Los Angeles, CA  90074-2674 | | | | | | | 3,467.88 |
| ACCOUNT NO. <br> Buchheit, Diane <br> 1510 Burton Avenue <br> Burley, ID  83318 | | | | | | | 169.70 |
| ACCOUNT NO. <br> ChemTreat, Inc. <br> 15045 Collections Center Drive <br> Chicago, IL  60693 | | | | | | | 3,435.75 |
| ACCOUNT NO. <br> City Of Torrington <br> P.O. Box 250 <br> Torrington, WY  92240 | | | | | | | 80,000.00 |
| ACCOUNT NO. <br> Civil Air Patrol Magazine <br> Wyoming Wings <br> 1903 S. Greeley HWY #228 <br> Cheyenne, WY  92007 | | | | | | | 95.00 |
| ACCOUNT NO. <br> Colonial Supplemental Insurance <br> P.O. Box 903 <br> Columbia, SC  29202-0903 | | | | | | | 138.00 |

Sheet no. __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 88,101.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (cont.)
IN RE Wyoming Ethanol, LLC
Debtor(s)

Case 08-20345    Doc 91    Filed 07/07/08    Entered 07/07/08 18:00:56    Desc Main
Document    Page 17 of 32    Case No. 08-20345
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dooley Oil, Inc.<br>P.O. Box 1241<br>Cheyenne, WY 82007 | | | | | | | 600.00 |
| ACCOUNT NO.<br>Eastern Wyoming College<br>3200 West C Street<br>Torrington, WY 82240 | | | | | | | 120.00 |
| ACCOUNT NO.<br>Eaton Sales & Service, LLC<br>Dept. 1613<br>Denver, CO 80291-1613 | | | | | | | 1,262.89 |
| ACCOUNT NO.<br>Enlisted Assn Of National Guard<br>CSM Kenton Franklin<br>PO Box 20014, ATTN-WY<br>Cheyenne, WY 82003 | | | | | | | 250.00 |
| ACCOUNT NO.<br>Falcon Pump & Supply<br>P.O. Box 2750<br>Mills, WY 82644 | | | | | | | 1,354.33 |
| ACCOUNT NO.<br>Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987-0978 | | | | | | | 59.58 |
| ACCOUNT NO.<br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | | | | | | | 309.82 |

Sheet no. **3** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,956.62

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First Insurance Funding Corp.<br>PO Box 66468<br>Chicago, IL  60666-0468 | | | | | | | 8,654.26 |
| ACCOUNT NO.<br>Fisher's Document Systems, Inc.<br>575 Document E. 42nd Street<br>Boise, ID  83714 | | | | | | | 126.25 |
| ACCOUNT NO.<br>FlashPoint Technologies<br>13-03 The Morningside<br>Jalan Kuala, Singapore  239639 | | | | | | | 32,342.29 |
| ACCOUNT NO.<br>Goshen County Economic Development Corp<br>P.O. Box 580, 117 W. 22nd  Ave.<br>Torrington, WY  82240 | | | | | | | 100.32 |
| ACCOUNT NO.<br>Hawkins, Inc<br>PO BOX 9171<br>Minneapolis, MN  55480-9171 | | | | | | | 9,210.00 |
| ACCOUNT NO.<br>Herman's Septic Pumping Service<br>4344C Rd. 74T<br>Torrington, WY  82240 | | | | | | | 280.00 |
| ACCOUNT NO.<br>Hirst Applegate, P.C.<br>P.O. Box 1083<br>Cheyenne, WY  82003-1083 | | | | | | | 11,542.50 |

Sheet no. __4__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  62,255.62

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Industrial Distributors, Inc. P.O. Box 767 Cheyenne, WY 82003 | | | | | | | 396.04 |
| ACCOUNT NO. JBC, Inc. P.O. Box 1468 Scottsbluff, NE 69363 | | | | | | | 160,676.87 |
| ACCOUNT NO. KA Steel Chemicals, Inc. P.O. Box 729 Lomont, IL 60439 | | | | | | | 7,485.60 |
| ACCOUNT NO. Key Equipment Finance Payment Processing P.O. Box 203901 Houston, TX 77216-3901 | | | | | | | 73.82 |
| ACCOUNT NO. Kilthau Transports P.O. Box 656 Gering, NE 69341 | | | | | | | 623.61 |
| ACCOUNT NO. Link Oil Co. P.O. Box 50097 Casper, WY 82605-0097 | | | | | | | 2,525.12 |
| ACCOUNT NO. Linweld, Inc. P.O. Box 466 Gering, NE 69341 | | | | | | | 17.47 |

Sheet no. **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **171,798.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Louis R. Shuman<br>P.O. 277<br>Mermentau, LA 70556 | | | | | | | 13,459.33 |
| ACCOUNT NO.<br>Magic Transport<br>P.O. Box 160<br>Caldwell, ID 83606-0160 | | | | | | | 3,499.08 |
| ACCOUNT NO.<br>MG Oil Company<br>P.O. Box 1006<br>Rapid City, SD 57709 | | | | | | | 1,757.20 |
| ACCOUNT NO.<br>North American Bioproducts Corp.<br>Corporate Support Center<br>1815 Satellite Blvd., Bld. 200<br>Duluth, GA 30097 | | | | | | | 6,836.25 |
| ACCOUNT NO.<br>OPIS Energy Group<br>P.O. Box 9407<br>Gaithersburg, MD 20898 | | | | | | | 495.00 |
| ACCOUNT NO.<br>Panhandle Cooperative Association<br>P.O. Box 2188<br>Scottsbluff, NE 69363-2188 | | | | | | | 42.02 |
| ACCOUNT NO.<br>Petrol Services, Inc.<br>219 West 40th Street<br>Boise, ID 83714 | | | | | | | 231.25 |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **26,320.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

B6F (Official Form 6F) (12/03 - Cont.)

Case 08-20345    Doc 91    Filed 07/07/08    Entered 07/07/08 18:00:56    Desc Main
Document    Page 21 of 32

IN RE Wyoming Ethanol, LLC

Debtor(s)

Case No. 08-20345

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pipe Valve & Fitting Co.<br>P.O. Box 5806<br>Denver, CO 80217 | | | | | | | 1,275.72 |
| ACCOUNT NO.<br>Presto X Company<br>P.O. Box 2578<br>Omaha, NE 68103 | | | | | | | 525.00 |
| ACCOUNT NO.<br>Print Express, Inc.<br>130 E. 21st<br>Torrington, WY 82240 | | | | | | | 21.05 |
| ACCOUNT NO.<br>Progressive Fuels Limited<br>Suite 102<br>9470 Corkscrew Palms Circle<br>Estero, FL 33928 | | | | | | | 2,610.00 |
| ACCOUNT NO.<br>Quality Petroleum<br>5138 West Yelowstone<br>Casper, WY 82604-2231 | | | | | | | 9,671.18 |
| ACCOUNT NO.<br>Qwest<br>P.O. Box 173638<br>Denver, CO 80217-3638 | | | | | | | 94.50 |
| ACCOUNT NO.<br>Rampart Range Corp.<br>10211 Kimberwick Dr.<br>Littleton, CO 80125 | | | | | | | 2,893.91 |

Sheet no. __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,091.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont

IN RE Wyoming Ethanol, LLC                                          Case No. 08-20345
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Renova Energy Plc<br>No. 1 Portland Place<br>London, England,    W1B 1PN | X | | | | | | 4,368,785.00 |
| ACCOUNT NO.<br>Renova Energy, Inc.<br>915 W. Bannock St., Suite 500<br>Boise, ID 83702 | | | | | | X | 17,656,590.00 |
| ACCOUNT NO.<br>Resources Global Professionals<br>File 55221<br>Los Angeles, CA 90074 | | | | | | | 4,340.00 |
| ACCOUNT NO.<br>Robinson Electric<br>3025 Red Barn Dr.<br>Gering, NE 69341 | | | | | | | 180.07 |
| ACCOUNT NO.<br>Rocky Mountain Pipeline System, LLC<br>P.O. Box 414486<br>Boston, MA 02241-4486 | | | | | | | 8,504.95 |
| ACCOUNT NO.<br>S4, LLC<br>1992 Springbrook Lane<br>Boise, ID 83706 | | | | | | | 2,550.00 |
| ACCOUNT NO.<br>Shred-It Boise<br>2668 S. Cole Road<br>Boise, ID 83709 | | | | | | | 50.60 |

Sheet no. __8__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,041,000.62

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/03 – Cont.)

IN RE Wyoming Ethanol, LLC
                    Debtor(s)                                      Case No. 08-20345
                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Smith, Andrea <br> P.O. Box 227 <br> Valleyford, WA  99036 | | | | | | | 1,600.00 |
| ACCOUNT NO. <br> SourceGas, LLC <br> 370 Van Gordon St., Ste. 4000 <br> Lakewood, CO  80228-8304 | | | | | | | 140,257.48 |
| ACCOUNT NO. <br> Special Olympics Idaho <br> PO Box 7992 <br> Boise, ID  83707-1992 | | | | | | | 200.00 |
| ACCOUNT NO. <br> Standard Bank Plc <br> Canon Bridge  House <br> 25 Dowgate Hill <br> London, England,     EC4R2SB | | | | | | | unknown |
| ACCOUNT NO. <br> Sungard Availability Services LP <br> Sungard Availability Services <br> PO Box 91233 <br> Chicago, IL  60693 | | | | | | | 840.00 |
| ACCOUNT NO. <br> TDS Collection & Environmental Services <br> PO Box 696 <br> Torrington, WY  82240 | | | | | | | 269.25 |
| ACCOUNT NO. <br> TIC - The Industrial Company <br> P.O. Box 1902 <br> Denver, CO  80291-1902 | | | | | | | 476,849.53 |

Sheet no. **9** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 620,016.26

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Torrington Telegram<br>P.O. Box 1058<br>Torrington, WY 82240-1058 | | | | | | | 120.00 |
| ACCOUNT NO.<br>Unified Office Services<br>2005 Preservation Way<br>Colorado Springs, CO 80919 | | | | | | | 556.61 |
| ACCOUNT NO.<br>United Oil<br>220 Eastland Dr. South<br>Twin Falls, ID 83301 | | | | | | | 1,226.19 |
| ACCOUNT NO.<br>VFTechnical Services, LLC<br>298 Cash Ave.<br>Blountville, TN 37617 | | | | | | | 2,609.00 |
| ACCOUNT NO.<br>VISI<br>12 S. 6th St., Ste. 630<br>Minneapolis, MN 55402 | | | | | | | 358.50 |
| ACCOUNT NO.<br> | | | | | | | |
| ACCOUNT NO.<br> | | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,870.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 23,065,196.63

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Wyoming Ethanol, LLC                                         Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and mailing address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Rocky Mountain Pipeline System, LLC<br>P.O. Box 414486<br>Boston, MA 02241-4486 | Agreement 6738-2006-01 for Storage and Product Handling |
| Tenaska BioFuels LLC<br>11045 N. 115th St., Suite 200<br>Omaha, NE 68154 | Denature Ethanol Purchase Contract |
| Novozymes North America, Inc.<br>P.O. Box 7247-7554<br>Philadelphia, PA 19170-7554 | Enzyme Supply Agreement |
| Automated Office Systems<br>708 N. Orchard<br>Boise, ID 83706-2035 | Equipment Lease |
| Bank Of The West<br>PO Box 4122<br>Concord, CA 94524 | Equipment Lease Agreement for 2007 Chevrolet Silverado LT2 3500 4WD SRW Crew<br><br>Equipment Lease Agreement for 2007 Chevrolet Avalanche, VIN # 3GNFK12377G125124 |
| Bank Of The West<br>PO Box 4122<br>Concord, CA 94524 | Equipment Lease Agreement for Trackmobile Model 3050 |
| JBC, Inc.<br>P.O. Box 1468<br>Scottsbluff, NE 69363 | Ethanol Purchase Agreement |
| Lansing Ethanol Services, LLC<br>Ste. 400<br>9900 W. 109th St.<br>Overland Park, KS 66210 | Ethanol Purchase Agreement |
| Trop Fuels<br>P.O. Box 6021<br>Lincoln, NE 68506-0021 | Ethanol Purchase Agreement |
| Conagra Trade Group, Inc.<br>11 ConAgra Drive<br>Omaha, NE 68102 | Ethanol Purchase Contract |
| Kellerstrass Enterprises, Inc.<br>P.O. Box 1067<br>Ogden, UT 84401 | Ethanol Storage and Handling Agreement |
| Fred Meyer Stores, Inc.<br>2800 East 4th Ave<br>Hutchinson, KS 67501 | Fuel Grade Ethanol Supply Agreement |
| MiniMart, Inc. D/B/A Loaf N' Jug, Inc.<br>2800 East 4th Ave<br>Hutchinson, KS 67501 | Fuel Grade Ethanol Supply Agreement |
| Smith Food And Drug Centers, Inc.<br>2800 East 4th Ave<br>Hutchinson, KS 37501 | Fuel Grade Ethanol Supply Agreement |
| Pilot Travel Centers LLC<br>5508 Lonas Road<br>Knoxville, TN 37939 | Fuel Grade Ethanol Supply Agreement |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Wyoming Ethanol, LLC           Case No. _____

         Debtor(s)                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Lynch Oil Inc.<br>P.O. Box 790<br>411 Pverland<br>Burley, ID 83318 | Fuel Grade Ethanol Supply Agreement |
| Jackson Oil Company<br>3450 Commercial Ct.<br>Meridian, ID 83642 | Fuel Grade Ethanol Supply Agreement |
| GATX Corporation<br>1236 Paysphere Circle<br>Chicago, IL 60674 | GATX Finance Corp Car Service Contract #7155 for 7 railcars (only have Rider at this time) |
| Crossroads Co-Operative<br>PO Box 153<br>Sidney, NE 69162 | Grain Purchase Contract |
| Lanphier Inc.<br>455 E. Debra Drive<br>Gering, NE 69341 | Grain Purchase Contract |
| 7 X Ranches<br>8020 Road 31<br>Lingle, WY 82223 | Grain Purchase Contract |
| Arrow-L Farms, Inc.<br>Pinnacle Bank<br>P.O. Box 55<br>Fort Laramie, WY 82212 | Grain Purchase Contract |
| Gregg And Beverly Burroughs<br>4932 Rd 58<br>Torrington, WY 82240 | Grain Purchase Contract |
| CH&M Ent., Inc.<br>Garst Seed Company<br>4799 Rd. 18<br>La Grange, WY 82221 | Grain Purchase Contract |
| E Spear Farms LLC<br>PO Box 121<br>Lingle, WY 82223 | Grain Purchase Contract |
| Feagler Farms, Inc.<br>Platte Valley National Bank<br>7246 Rd. 51<br>Torrington, WY 82240 | Grain Purchase Contract |
| Richard Feaglar<br>7246 Rd. 51<br>Torrington, WY 82240 | Grain Purchase Contract |
| Kathleen And Roger Humphrey<br>Platte Valley National Bank<br>5825 Valley 49<br>Torrington, WY 82240 | Grain Purchase Contract |
| John Meier & Son<br>4799 Rd 18<br>LaGrange, WY 82221 | Grain Purchase Contract |
| Korell Brothers<br>8675 Rd 23<br>Lingle, WY 82223 | Grain Purchase Contract |
| Todd Korrell<br>2775 Wyncote<br>Lingle, WY 82223 | Grain Purchase Contract |
| Wayne Korell | Grain Purchase Contract |

B6G (Official Form 6G) (12/07)  Cont.

IN RE Wyoming Ethanol, LLC _____   Case No. _____
                Debtor(s)                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Pinnacle Bank<br>P.O. Box 145<br>Lingle, WY 82223 | |
| Ranch Raben<br>Debra Raben<br>5294 State Hwy 92<br>Torrington, WY 82240 | Grain Purchase Contract |
| Rabenland<br>P.O. Box 1<br>Huntley. WY 82218 | Grain Purchase Contract |
| RAC Farming, Inc.<br>First State Bank<br>8031 Cr. 21<br>Lingle, WY 82223 | Grain Purchase Contract |
| RC&TT Farm & Livestock<br>5136 Rd 60<br>Torrington, WY 82240 | Grain Purchase Contract |
| Rick Rodenberger<br>PO Box 473<br>Lingle, WY 82223 | Grain Purchase Contract |
| Schlagel, Bryan<br>4153 Buttermilk Rd.<br>Torrington, WY 82240 | Grain Purchase Contract |
| Kevin Kniss<br>Commodity Credit Corporation<br>4218 Birch Avenue<br>Scottsbluff, NE 69361 | Grain Purchase Contract |
| RAC Farming, Inc.<br>First State Bank<br>8031 Cr. 21<br>Lingle, WY 82223 | Grain Purchase Contract |
| Maser Brothers Farming<br>810 Westwood Drive<br>Gering, NE 69341 | Grain Purchase Contract |
| Western Plains Machinery Co.<br>P.O. Box 30438<br>Billings, MT 59107-0438 | Lease Agreement for 1999 Case 621 Wheel Loader |
| Western Plains Machinery Co.<br>P.O. Box 30438<br>Billings, MT 59107-0438 | Lease Agreement for Used Case 921 Wheel Loader |
| Union Pacific Railroad<br>P.O. Box 843465<br>Dallas, TX 75284-3465 | Lease of Property for premises at S Torrington, Wyoming |
| Kinder Morgan Liquids Terminals<br>2101 GATX Drive<br>Tampa, FL 33605 | Natural Gas Sales Contract |
| Rampart Range Corp.<br>10211 Kimberwick Dr.<br>Littleton, CO 80125 | Rampart Range Corp. Car Leasing Agreement #931101 for 4 railcars (only have Rider at this time) |
| Lynch Oil Inc.<br>P.O. Box 790<br>411 Pverland<br>Burley, ID 83318 | Tank Storage Agreement |
| Dooley Oil, Inc. | Tank Storage Agreement |

B6G (Official Form 6G) (12/07)   Cont.

IN RE Wyoming Ethanol, LLC                                                    Case No.
_____
                              Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| P.O. Box 1241<br>Cheyenne, WY 82007 | |
| Ethanol Producers And Consumer<br>172 Ball Road<br>Nashua, MT 59248 | Tank Storage Agreement |
| Smith, Andrea<br>P.O. Box 227<br>Valleyford, WA 99036 | Tank Storage Agreement |
| Fleischli Oil Company<br>666 W 1st St.<br>Craig, CO | Tank Storage Agreement |
| Alsaker Corporation<br>P.O. Box 14646<br>Spokane, WA 99214 | Tank Storage Agreement |
| Meteor Marketing, Inc.<br>6000 E Yellowstone Hwy<br>Evansville, WY 82636 | Tank Storage Agreement |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Renova Energy (ID) LLC | Standard Bank Plc<br>Canon Bridge House<br>25 Dowgate Hill<br>London, England,    EC4R2SB<br><br>Renova Energy Plc<br>No. 1 Portland Place<br>London, England,    W1B 1PN |
| Renova Energy, Inc. | Standard Bank Plc<br>Canon Bridge House<br>25 Dowgate Hill<br>London, England,    EC4R2SB<br><br>Renova Energy Plc<br>No. 1 Portland Place<br>London, England,    W1B 1PN |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Wyoming Ethanol, LLC _____   Case No. _____
                    Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                           Debtor

Date: _____        Signature: _____
                                                                                    (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,
responsible person, or partner who signs the document.*

Address _____

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer
is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager & Chief Restruct. Officer** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Wyoming Ethanol, LLC** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **49** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/7/08**        Signature: _____
                                        J. Lawrence Hennessy
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court
District of Wyoming

IN RE:                                                                Case No. **08-20345**

**Wyoming Ethanol, LLC**                                              Chapter **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT   SOURCE
        28,199,960.00   Operation of business 1/1/08 to 6/19/08
**For the year ended March 31, 2006: $15,196,000. For the year ended March 31, 2007: $27,319,000.**
        27,319,000.00   Gross Income Year Ended 31 March 2007
        15,196,000.00   Gross Income Year Ended 31 March 2006

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*None* □ *b. Debtor whose debts are not primarily consumer debts.* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Check Register From 3/19/08 To 6/19/08 | See attached Exhibit A. | 16,242,030.00 | 0.00 |
| DLA Piper US LLP<br>1251 Avenue Of The Americas, Flr. 27<br>New York, NY 10020 | | 747,080.11 | 0.00 |

*None* □ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Dan Schwartzkopf<br>141 Ridge Road<br>Torrington, WY 82240 | | 247,790.00 | 0.00 |
| Jim Glancey | | 27,667.00 | 0.00 |
| Terry Oldfield<br>Renova Energy<br>950 W. Bannock St., Suite 500<br>Boise, ID 83704 | | 21,250.00 | 0.00 |
| Sherri Potter<br>Renova Energy<br>950 W. Bannock St., Suite 500<br>Boise, ID 83704 | | 16,625.00 | 0.00 |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

*None* ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*None* ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

*None* ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

*None* ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

*None* ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

*None* □ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)