John R. Goodell [WSB #5-2817]
RACINE, OLSON, NYE, BUDGE
  &amp; BAILEY, CHARTERED
P. O. Box 1391
Pocatello, Idaho  83204-1391
Telephone:  (208) 232-6101
Facsimile:  (208) 232-6109
E-mail: jrg@racinelaw.net
       dan@racinelaw.net

Attorneys for Ryan & Associates, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-20345 |
| | ) | (Chapter 11) |
| WYOMING ETHANOL, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 08-20347 |
| | ) | (Chapter 11) |
| RENOVA ENERGY, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 08-20346 |
| | ) | (Chapter 11) |
| RENOVA ENERGY (ID) LLC, | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW, John R. Goodell of the law offices of Racine, Olson, Nye, Budge & Bailey, Chartered, and hereby gives notice of the entry of his appearance as attorney of record for and on behalf of **Ryan and Associates, Inc.** a party-in-interest in the above-referenced bankruptcy proceeding, for all purposes and any further proceeding herein.

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE  - Page 1

REQUEST IS HEREBY MADE that copies of any and all notices, pleadings, papers, or other documents affecting said proceedings in any manner, whatsoever, be served upon said counsel.

DATED this 14th day of July, 2008.

                                                RACINE, OLSON, NYE, BUDGE &
                                                    BAILEY, CHARTERED


By: /s/ John R. Goodell
     JOHN R. GOODELL
     Attorney for Ryan & Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE was served electronically by the Bankruptcy Court's CM/ECF electronic notification service to all persons who are CM/ECF registered, including counsel for the Debtor and the United States Trustee.

/s/ John R. Goodell
JOHN R. GOODELL