IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WYOMING ETHANOL, A LIMITED | ) | Case No. 08-20345 |
| LIABILITY COMPANY, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| RENOVA ENERGY, INC. | ) | Case No. 08-20347 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| RENOVA ENERGY (ID) LLC | ) | Case No. 08-20346 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

FILED
3:02 pm, 9/9/08
Joyce W. Harris
Clerk of Court

## ORDER AUTHORIZING EMPLOYMENT OF LINDQUIST & VENNUM P.L.L.P. AS COUNSEL TO THE UNSECURED CREDITORS' COMMITTEE

THIS MATTER, having come before this Court upon the Application of Unsecured Creditors' Committee for Retention of Lindquist & Vennum P.L.L.P., and the Court being advised in the premises, the Court:

HEREBY ORDERS, that the Unsecured Creditors' Committee is authorized to employ Lindquist & Vennum P.L.L.P. as its attorneys for the purpose of providing legal counsel to the Creditors' Committee in connection with the above-captioned bankruptcy case; and it is

FURTHER ORDERED that Lindquist & Vennum P.L.L.P. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED this 9 day of September, 2008.

BY THE COURT:

_____
United States Bankruptcy Judge

Doc# 2733213\1